1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KATHRYN R. HAUN (DCBN 484131)
     Assistant United States Attorney
5    450 Golden Gate Avenue
     San Francisco, California 94102
6    Telephone: (415) 436-6740
     E-Mail: Kathryn.Haun@usdoj.gov
7
   Attorneys for the United States
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,       )   No.   CR 10-70909-MJ
                                     )
14 |       Plaintiff,                )
                                     )   STIPULATION AND [PROPOSED]
15 |   v.                            )   ORDER CONTINUING PRELIMINARY
                                     )   HEARING AND EXTENDING TIME IN
16 | EDGAR AVALOS TORRES,            )   WHICH TO INDICT FROM JANUARY
                                     )   5, 2011 UNTIL MARCH 23, 2011
17 |       Defendant.                )
                                     )

18

19        The defendant came before this Court on January 5, 2011, for a preliminary hearing on a

20 criminal complaint. Attorney V. Roy Lefcourt represented the defendant and Assistant United

21 States Attorney Kathryn R. Haun represented the United States. At that hearing the parties

22 jointly requested that the Court continue the preliminary hearing and exclude time in which to

23 indict until March 23, 2011. The parties are exploring a pre-indictment resolution and require

24 the additional time in which to negotiate the matter and submit that they are and have been

25 actively engaged in such discussions. In addition, the parties require the additional time in which

26 to meet and confer further about the case. The Court orally ordered the hearing continued and

27 time excluded until March 23, 2011 and directed the parties to submit the instant stipulation and

28

CR 10-70909-BZ
Proposed Order Extending Time

1  proposed order.

2      Taking into account the public interest in the prompt disposition of criminal cases, and
3  good cause having been shown for the reasons stated above, and with the consent of the
4  defendant, the Court hereby extends the time limits under Fed. Rule of Crim. Pro. as follows: the
5  preliminary hearing currently set for January 5, 2011 is continued until March 23, 2011 and the
6  time limit for a preliminary hearing is hereby extended until March 23, 2011.

7      IT IS SO ORDERED.

9  Dated: 5 Jan 2011

                          The Honorable Bernard Zimmerman
                          United States Magistrate Court Judge

CR 10-70909-BZ
Proposed Order Extending Time